ROBERT P. STAATS, Respondent, *v.* MOSES G. BYERS, Appellant.

*Staats* v. *Byers*, 68 App. Div. 634, affirmed.
(Argued February 18, 1903; decided March 6, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 16, 1902, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a.motion for a new trial.

*James R. Fancher* and *Charles H. Ketcham* for appellant.

*Charles De Hart Brower* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and CULLEN, JJ.

---

GERMAN-AMERICAN INSURANCE COMPANY OF NEW YORK, Respondent, *v.* THE STANDARD GAS LIGHT COMPANY OF THE CITY OF NEW YORK, Appellant.

*German-American Ins. Co.* v. *Standard Gas Light Co.*, 67 App. Div. 539, affirmed.
(Argued February 19, 1903; decided March 6, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 20, 1902, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*Henry Thompson* for appellant.

*William D. Murray* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and CULLEN, JJ,